# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

LINDA WILLIAMS SHELTON

v.

ALL STATE FREIGHTWAYS, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06CV719-WKW

JURY TRIAL DEMANDED

TO: (Name and Address of Defendant)

ALL STATE FREIGHTWAYS, INC.
114 Lacy Lane
Hopkinsville, Kentucky  42240

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael S. Harper, Esquire
P.O. Box 780608
Tallassee, Alabama 36078
334-283-6855

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett
CLERK

DATE 8/14/06

BY DEPUTY CLERK