**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ALL STATE FREIGHTWAYS, INC.
   114 LACY LANE
   HOPKINSVILLE, KENTUCKY 42240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Harvey Wood*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
*Harvey Wood*

C. Date of Delivery
8/18/6

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

06cv719
SFC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0005 3806 4727

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540