**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:** Shelton v. All State Freightways, Inc.

**Case Number:**   2:06-cv-00719-WKW

**Referenced Pleading:**   Corp Disclosure Statement - Doc. 10

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS SHELTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: CV-06-719-WKW |
| ALL STATE FREIGHTWAYS, INC., | ) |
| Defendant. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported: Allstate Freightways, Inc. is a wholly owned S corporation owned and operated by Thomas and Margaret Olsen.

Dated this 9th day of March, 2007.

s/Steven K. Herndon
Steven K. Herndon (HER028)
Attorney for Defendant
All State Freightways, Inc.

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this <u>9th</u> day of <u>March</u>, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

*Attorney for Plaintiff:*
Michael S. Harper
P.O. Box 780608
213 Barnett Blvd.
Tallassee, AL 36078
Telephone: (334) 283-6855
Facsimile: (334) 283-6858
mikeharper@elmore.rr.com

                                            <u>s/Steven K. Herndon</u>
                                            Counsel