IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Linda Williams Shelton,  )
                         )
         Plaintiff,      )
                         )
v.                       )  CASE NO. 2:06cv719-WKW-WC
                         )
AllState Freightways, Inc., )
                         )
         Defendants,     )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW  Linda Williams Shelton , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Not applicable | |

7/2/2007
Date

(Signature)
Michael S. Harper
(Counsel's Name)
**Plaintiff**
Counsel for (print names of all parties)
P.O. Box 780608
Tallassee, AL 36078
Address, City, State Zip Code
334-283-6855
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Michael S. Harper_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd____ day of July_____ 20 07, to:

Steven K. Herndon, Esquire

P.O. Box 4190

Montgomery, Alabama 36103

7/2/2007
Date

Signature