IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS SHELTON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: CV-06-719-WKW |
| ALL STATE FREIGHTWAYS, INC., | ) |
| Defendant. | ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE

Come now the parties and show unto this Honorable Court that they conducted a face-to-face settlement conference in accordance with § 6 of this Court's Uniform Scheduling Order on Tuesday, August 21, 2007, and the parties report that they do not have sufficient information, at this time, about the plaintiff's damage claim due to her recent surgery so as to properly evaluate the claim and conduct meaningful negotiations as to settlement. The plaintiff is only now about to reach maximum medical improvement which will allow the parties to obtain meaningful information about the extent of her alleged disability and the damages sought in this case. The parties agree that mediation would be appropriate once the plaintiff's status can be determined by deposition of her treating physicians.

Respectfully submitted this 23rd day of August, 2007,

/s/ Michael S. Harper (HAR094)
MICHAEL S. HARPER
Attorney for Plaintiff

OF COUNSEL:
The Law Office of Michael S. Harper
P.O. Box 780608
213 Barnett Blvd.
Tallassee, AL 36078
Telephone: (334) 283-6855
Facsimile: (334) 283-6858
mikeharper@elmore.rr.com

AND

/s/ Steven K. Herndon (HER028)
STEVEN K. HERNDON
Attorney for Defendant

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054
s.herndon@ghhdefenselaw.com