IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-719-WKW |
| | ) | |
| ALL STATE FREIGHTWAYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Leave for Rule 26 Supplementation Order (Doc. #15), it is ORDERED that the motion is GRANTED. The Defendant has leave to supplement its Rule 26(a)(2) Expert Disclosure until **October 30, 2007.**

DONE this 2nd day of October, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE