IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-06-719-WKW |
| | ) | |
| ALL STATE FREIGHTWAYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST AND DEPOSITION DESIGNATION

Come now the defendant Allstate Freightways, Inc. by and through undersigned

counsel and lists the following witnesses who may be called to testify at the trial of the

above styled cause:

### EXPECTED WITNESSES

1.    Linda Williams Shelton
      220 Friendship Road, Apartment # 7
      Tallassee, AL 36078

2.    James Dunn
      12390 Johnson Mill Road
      Crofton, KY 42217

3.    Tom Olson
      Allstate Freightways, Inc.
      2875 Harmony Circle
      Brookfield, WI 53045

4.    Dr. Patrick Ryan (by deposition)
      Montgomery Neurosurgical Associates
      1510 Forest Avenue
      Montgomery, AL 36106

5.    Jane Logan
      Advantage Rehab Consulting
      2426 Capstone Drive
      P.O. Box 11761
      Montgomery, AL 36111

6.    Blue Cross Blue Shield of Alabama Representative (live or by deposition)
      450 Riverchase Parkway East
      Birmingham, AL

## POTENTIAL WITNESSES

7.    Trooper D. Allums (live or by deposition)
      Investigating Officer
      Congressman Dickenson Drive
      Montgomery, AL

8.    Harvey Wood (live or by deposition)
      114 Lacey Lane
      Hopkinsville, KY 42240

9.    John Wilcox (live or by deposition)
      Director of Operations
      Tallapoosa Board of Education
      125 North Broadnax Street
      Dadeville, AL 36853

10.   Joseph Wendell (live or by deposition)
      Former Principal Reeltown High School
      Notasulga, AL

11.   Dr. Melvin Russell (by deposition)
      875 Friendship Road
      Tallassee, AL 36078

12.   Dr. Brad Katz (by deposition)
      Center for Pain of Montgomery
      432 St. Lukes Drive
      Montgomery, AL 36117

13.   Ambulance Paramedics which transported Plaintiff (live or by deposition)

14.   Any medical or healthcare provider who may have relevant information;

15.    Any representative from Allstate Freightways, Inc. who is not specifically referenced above;

16.    Any representative from the Retirement Systems of Alabama regarding Ms. Shelton's retirement benefits;

17.    Any expert witness to offer rebuttal testimony to plaintiff's experts;

18.    Any witness discovered through ongoing discovery who appears to have relevant information;

19.    Any witness necessary for impeachment or rebuttal purposes;

20.    Any witness listed on the plaintiff's witness list;

21.    The defendant reserves the right to supplement this witness list as discovery continues.

## DEPOSITION DESIGNATION

The defendants reserve the right to offer the following deposition testimony:

Linda Williams Shelton:

p. 4, lines 9-11; p. 5, lines 12-23; p. 9, line 23 through p. 10, line 11; p. 18, line 16 through p. 19, line 10; p. 21, line 18 through p. 24, line 14; p. 25, lines 5-22; p. 26, line 6 through p. 28, line 2; p. 29, lines 3-13; p. 29, line 20 through p. 30, line 5; p. 30, line 16 through p. 31, line 8; p. 35, line 15 through p. 40, line 18; p. 41, line 20 through p. 57, line 23; p. 58, line 23 through p. 59, line 4; p. 59, line 17 through p. 74, line 3; p. 74, line 10 through p. 90, line 11; p. 91, line 13 through p. 92, line 4; p. 92, line 14 through p. 93, line 4; p. 93, lines 15-21; p. 94, line 3 through p. 109, line 1.

Dr. Patrick Ryan:

Without waiving any objections to portions of the plaintiff's examination, the defendant reserves the right to read Dr. Ryan's deposition in its entirety from p. 4, line 17 through p. 62, line 10.

The defendant reserves the right to use all parts of all depositions as necessary or appropriate for impeachment purposes and reserve the right to introduce depositions of medical providers, healthcare representatives, or other deponents who have yet to be deposed in this case.

3

Respectfully submitted,


s/Steven K. Herndon (HER028)
Attorney for Defendant


OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
steve@ghhclaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Michael S. Harper
P.O. Box 780608
213 Barnett Blvd.
Tallassee, AL 36078
Telephone: (334) 283-6855
Facsimile: (334) 283-6858
mikeharper@elmore.rr.com


s/Steven K. Herndon (HER028)