IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA WILLIAMS SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-719-WKW |
| ) | |
| ALL STATE FREIGHTWAYS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

The court has been notified that the parties have settled this case. All remaining dates and deadlines, including the pretrial and trial date are CANCELLED. The parties are ORDERED to file a joint stipulation of dismissal on or before **December 3, 2007.**

DONE this 20th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE