IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  CV-06-719-WKW |
| | ) | |
| ALL STATE FREIGHTWAYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO DISMISS

Come now the parties, by and through their attorneys of record, and move this

Honorable Court to enter an order dismissing the above styled action, with prejudice, and

as grounds for same show unto this Honorable Court that the parties have amicably

resolved their differences.

Dated this _3rd_ day of _December_ 2007.

s/Steven K. Herndon (HER028)
Attorney for Defendant

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
FAX: (334) 834-1054
steve@ghhclaw.com

AND

2

s/Michael S. Harper (HAR094)
Attorney for Plaintiff

OF COUNSEL:
The Law Office of Michael S. Harper
P.O. Box 780608
213 Barnett Blvd.
Tallassee, AL 36078
Telephone:  (334) 283-6855
Facsimile:  (334) 283-6858
mikeharper@elmore.rr.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA WILLIAMS SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  CV-06-719-WKW |
| | ) | |
| ALL STATE FREIGHTWAYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

This matter having come before the Court on the joint motion of all parties to

dismiss this case with prejudice, and the same having been duly considered, it is

ORDERED, CONSIDERED, ADJUDGED AND DECREED that the above styled

cause be dismissed with prejudice, cost taxed as paid.

DATED this _____ day of _____, 2007.


_____
Hon. W. Keith Watkins
United States District Judge


cc:    Michael S. Harper
       Steven K. Herndon